Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-7,<br><br>　　　　Defendants. | Case No. 2:12-cv-1514-JAM-DAD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE** |

1 PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of
2 Civil Procedure, Plaintiff is hereby voluntarily dismissing this case without
3 prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), John Doe 1 has not answered
4 Plaintiff's Complaint or filed a motion for summary judgment.

DATED: January 4, 2012                    KUSHNER LAW GROUP


                                By:   /s/ Leemore L. Kushner
                                      Leemore L. Kushner
                                      Attorneys for Plaintiff Malibu Media, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Leemore L. Kushner*
Leemore L. Kushner